UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bahjo A., <br><br>Petitioner, <br><br>v. <br><br>Pamela Bondi, *Attorney General of the United States*; Kristi Noem, *Secretary of Homeland Security*; Todd M. Lyons, *Acting Director of U.S. Immigration and Customs Enforcement*; Peter Berg, *Field Office Director, ICE Enforcement and Removal Operations, St. Paul*; U.S. Immigration and Customs Enforcement; and U.S. Department of Homeland Security, <br><br>Respondents. | Civ. No. 26-286 (JWB) <br><br><br>ORDER |

**IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for a Temporary Restraining Order (Doc. No. 1) is **GRANTED**. This Court finds that the four *Dataphase* factors weigh in Petitioner's favor based on the information provided in the Motion. *See Dataphase Sys. v. C.L. Sys.*, 640 F.2d 109 (8th Cir. 1981) (stating the four factors weighed are the likelihood of success on the merits, the threat of irreparable harm, the balance of harms, and the public interest).

2. Respondents—along with their officers, agents, employees, and all persons acting in concert with them—shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the jurisdiction of the United States District Court for the District of Minnesota pending further order of this Court.

3. No security is required under Federal Rule of Civil Procedure 65(c). The request seeks only to prevent ongoing statutory and constitutional violations; Petitioner is detained and unable to post a bond; and the relief ordered here—maintaining the status quo—presents no apparent risk of monetary loss to the Government.

4. This injunctive Order shall remain in effect for 14 days from the date of entry, unless extended by further court order under Federal Rule of Civil Procedure 65(b)(2).

Date: January 14, 2026
4:36 p.m.

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge